**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

*United States v. Jaquan McCallister*

---

**PETITION FOR**
**WRIT OF HABEAS CORPUS**

**(X) Ad Prosequendum**                    ( ) Ad Testificandum

1. Jaquan McCallister, DOB: 09/15/2001, FBI: M2J5LM5KH (hereinafter the "Detainee") is now confined at the Essex County Correctional Facility in Newark, New Jersey.

2. The Detainee is

    charged in this District by: () Indictment   ( ) Information   (X) Complaint with a violation of 21 U.S.C. § 846.

3. The Detainee will return to the custody of the detaining facility upon termination of proceedings.

4. The Detainee will be required at the United States District Court, in Newark, New Jersey, before the Honorable Susan D. Wigenton, U.S.D.J., on **July 11, 2023, at 2:00 p.m.**, for a plea hearing in the above-captioned case. A Writ of Habeas Corpus should issue for that purpose.


DATED:   June 23, 2023

Olta Bejleri
Assistant U.S. Attorney
Petitioner

## **O R D E R**

Let the Writ Issue.

DATED: June 23, 2023

_/s/ S.D. Wigenton_
Hon. Susan D. Wigenton, U.S.D.J.

## **W R I T   O F   H A B E A S   C O R P U S**

The United States of America to Warden of the Essex County Correctional Facility:

WE COMMAND YOU that you have the body of

    Jaquan McCallister, DOB: 09/15/2001, FBI: M2J5LM5KH

in the custody of the Essex County Correctional Facility be brought before the United States District Court, the Honorable Susan D. Wigenton, U.S.D.J., on **July 11, 2023, at 2:00 p.m.**, for a plea hearing in the above-captioned case.

Immediately upon completion of the proceedings, the Detainee will be returned to said place of confinement in safe and secure conduct.

    WITNESS the Honorable Susan D. Wigenton
    United States District Judge
    Newark, New Jersey.

DATED: June 23, 2023

MELISSA E. RHOADS
Clerk of the U.S. District Court
for the District of New Jersey

Per: Carmen D. Soto
       Deputy Clerk