## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>JAQUAN MCALLISTER | Honorable Susan D. Wigenton<br><br>Crim. No. 23-551<br><br>**ORDER SETTING CONDITIONS OF RELEASE** |

Upon application of Defendant Jaquan McAllister (by Anthony Iacullo, Esq.), and the United States (Samantha C. Fasanello, appearing), after consultation with Pretrial Services, having consented to Defendant's request for release; and for good cause shown:

It is on this 11th day of July, 2023

**ORDERED** that the defendant shall be released on a $100,000 unsecured appearance bond to the third party custody of Joseph Goodwin; and it is further

**ORDERED** that the following conditions of release shall apply:

1. Pretrial Services Supervision;

2. The defendant shall be released to the third-party custody of his father, Joseph Goodwin.

3. Home Detention, with electronic monitoring, with exceptions for the following: stationary and verifiable employment, religious services, education; medical, substance abuse, or mental health treatment; attorney visits; court appearances; or other activities as pre-approved by the Pretrial Services. The defendant shall pay all or part of the cost of the monitoring, based on ability to pay as determined by Pretrial Services.

4. For the purpose of Location Monitoring, the defendant shall install a land line telephone in his residence within 10 days of release, unless waived by Pretrial Services.

5. Obtain and maintain employment.

6. Surrender all passports/travel documents. Do not apply for new travel documents.

7. Travel restricted to New Jersey, unless otherwise approved by Pretrial Services.

8. Substance abuse testing and/or treatment as directed by Pretrial Services.

9. Surrender/do not possess any firearms. All firearms in any home in which the defendant resides shall be removed, in compliance with New Jersey state law, within 24 hours and verification provided to Pretrial Services. The defendant shall also surrender all firearm purchaser's identification cards and permits to Pretrial Services.

10. Maintain current residence or a residence approved by Pretrial Services.

11. Comply with state court matters and report to Essex County Probation.

12. Have no contact with the following individual(s): co-defendant's unless in the presence of counsel.

_____
Honorable Susan D. Wigenton
United States District Judge

Consented to by:

_____
Samantha C. Fasanello
Assistant United States Attorney

_____
Anthony J. Iacullo, Esq.
Counsel for Defendant